**FILED & ENTERED**

JUL 28 2017

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** fortier    **DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>MONTROSE TRUST,<br><br>Debtor(s). | Case No.: 2:17-bk-16100-BR<br><br>CHAPTER 7<br><br>**ORDER REQUIRING APPEARANCE BY DEBTOR'S COUNSEL**<br><br>Date:    AUGUST 22, 2017<br>Time:    2:00 P.M.<br>Courtroom:    1668<br>EDWARD ROYBAL BUILDING<br>255 E TEMPLE STREET<br>LOS ANGELES CA 90012 |

  This matter is before the Court on the Substitution of Attorney filed in this case on July 20, 2017 by debtor's counsel, Lee M. Linson, Esq. The Court notes that Mr. Linson did not file a motion to withdraw from his employment on the debtor's behalf.

  Accordingly, IT IS HEREBY ORDERED that Mr. Linson shall appear on August 22, 2017 regarding his Substitution of Attorney.

  IT IS FURTHER ORDERED that within fourteen days prior to the hearing date, Mr. Linson must file a written explanation of the following:

  (a)  why he filed the Montrose Trust bankruptcy case and whether the case is

1         a bad faith filing;

2   (b)    whether the debtor is aware that it must be represented by an attorney in this bankruptcy case; and

4   (c)    why Mr. Linson should not be referred to the Disciplinary Action Panel for filing a bad faith case.

IT IS SO ORDERED.

###

Date: July 28, 2017

                                   */s/ Barry Russell*
Barry Russell
United States Bankruptcy Judge