United States Bankruptcy Court
Central District of California

In re:                                                                   Case No. 17-16100-BR
Montrose Trust                                                           Chapter 7
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0973-2          User: admin                Page 1 of 1              Date Rcvd: Jul 28, 2017
                              Form ID: pdf042            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 30, 2017.
db             +Montrose Trust,    P.O. Box 2625,    Downey, CA 90242-1625

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 30, 2017                                       Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 28, 2017 at the address(es) listed below:
        Heide Kurtz (TR)    trustee@hkurtzco.com, C169@ecfcbis.com
        Joseph C Delmotte    on behalf of Interested Party    Courtesy NEF ecfcacb@aldridgepite.com,
         JCD@ecf.inforuptcy.com;jdelmotte@aldridgepite.com
        Lee M Linson    on behalf of Debtor    Montrose Trust linsonlawyer@gmail.com,
         david@jshoffmanlaw.com
        United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
                                                                                                      TOTAL: 4

**FILED & ENTERED**

**JUL 28 2017**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** fortier    **DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>MONTROSE TRUST,<br><br><br>                                    Debtor(s). | Case No.: 2:17-bk-16100-BR<br><br>CHAPTER 7<br><br>**ORDER REQUIRING APPEARANCE BY DEBTOR'S COUNSEL**<br><br>Date:         AUGUST 22, 2017<br>Time:        2:00 P.M.<br>Courtroom:  1668<br>EDWARD ROYBAL BUILDING<br>255 E TEMPLE STREET<br>LOS ANGELES CA 90012 |

    This matter is before the Court on the Substitution of Attorney filed in this case on July 20, 2017 by debtor's counsel, Lee M. Linson, Esq. The Court notes that Mr. Linson did not file a motion to withdraw from his employment on the debtor's behalf.

    Accordingly, IT IS HEREBY ORDERED that Mr. Linson shall appear on August 22, 2017 regarding his Substitution of Attorney.

    IT IS FURTHER ORDERED that within fourteen days prior to the hearing date, Mr. Linson must file a written explanation of the following:

    (a)    why he filed the Montrose Trust bankruptcy case and whether the case is

-1-

|    |     |                                                                                  |
|----|-----|----------------------------------------------------------------------------------|
| 1  |     | a bad faith filing;                                                              |
| 2  | (b) | whether the debtor is aware that it must be represented by an attorney in        |
| 3  |     | this bankruptcy case; and                                                        |
| 4  | (c) | why Mr. Linson should not be referred to the Disciplinary Action Panel for       |
| 5  |     | filing a bad faith case.                                                         |

IT IS SO ORDERED.

###

Date: July 28, 2017

*Barry Russell* (signature)

Barry Russell
United States Bankruptcy Judge

-2-