Lee M. Linson, Esq.; SBN 57632
LAW OFFICE OF LEE M. LINSON
11901 Santa Monica Blvd., Ste. 449
Los Angeles, CA 90025
Tel: (310) 591-4004

Attorney for debtor, Montrose Trust

FILED

AUG 08 2017

CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY:                    Deputy Clerk

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

In re:

MONTROSE TRUST,

    Debtor

Case No. 2-17-bk-16100 BR

) CHAPTER 7
)
) **ATTORNEY'S RESPONSE TO ORDER**
) **TO APPEAR**
)
) Date: August 22, 2017
) Time: 2:00 P.M.
) Courtroom 1668
) Judge: The Honorable

Responses are as follows:

  a) Debtor was concerned about possible legal exposure and possible acquired property after the judicial foreclosure, neither of which was problematic at the time of filiing but even after explaining this to the debtor, he wanted me to file said case.

It was an error on my part to file given the one asset estate, and I want to apologize for this bad faith filing. I should have made a Motion to Dismiss but since the debtor was opposed, then I should have made a Motion to Withdraw.

  b) Debtor was not aware that he could not substitute In Pro Per after the case was filed.

c) I have taken steps in my practice in that I am not accepting any cases involving Trusts. Secondly, I am only going to accept consumer Bankruptcy Ch. 7 cases where I can verify the financial condition of the debtor before I file such a case. Thus, I want to sincerely apologize to the Court and Trustee for my errors

Dated: August 8, 2017

*[signature]*

Lee M. Linson, Attorney for Debtor