

FILED & ENTERED

AUG 22 2017

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY fortier      DEPUTY CLERK

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re:<br><br>MONTROSE TRUST,<br><br>Debtor(s). | Case No.: 2:17-bk-16100-BR<br><br>CHAPTER 7<br><br>**ORDER DISCHARGING ORDER TO SHOW CAUSE**<br><br>Date:       August 22, 2017<br>Time:       2:00 PM<br>Courtroom: 1668 |

This matter is before the Court on the "Order Requiring Appearance by Debtor's Counsel to Explain (a) Why He Filed Bankruptcy Case and Whether the Case Is a Bad Faith Filing; (b) Whether The Debtor Is aware That It Must Be Represented By An Attorney in This Bankruptcy Case; and (c) Why Mr. Linson Esq. Should Not Be Referred to the Disciplinary Action Panel For Filing A Bad Faith Case."

A hearing was held on August 22, 2017, Mr. Linson Esq. and Ron Maroko, attorney for the Office of the United States Trustee, appeared.

-2-

Good cause having been shown, the Order to Show Cause is discharged.

IT IS SO ORDERED.

\###

Date: August 22, 2017

Barry Russell
United States Bankruptcy Judge