| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>Heide Kurtz, Bar No.<br>2515 South Western Ave., Suite 11<br>San Pedro, CA 90732<br>Telephone: (310) 832-3604<br>Email: hkurtz@hkurtzco.com<br><br>Chapter 7 Trustee<br><br>☐ Chapter 7 trustee appearing without an attorney<br>☐ Attorney for chapter 7 trustee | FOR COURT USE ONLY |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| MONTROSE TRUST | CASE NO.: 17-16100-BR<br>CHAPTER: 7 |
|---|---|
| Debtor(s). | CHAPTER 7 TRUSTEE'S MOTION TO DISMISS BANKRUPTCY CASE AND DECLARATION THAT DEBTOR(S) FAILED TO APPEAR AT TWO 341(a) MEETINGS OF CREDITORS [LBR 1017-2(b), LBR 9031-1(q)] |

I am the trustee of this chapter 7 bankruptcy case. I request that this case be dismissed because the Debtor(s) failed to appear at two or more 341(a) meetings of creditors held pursuant to 11 U.S.C. § 341(a). I provided written notice to the Debtor(s) of any continued/rescheduled meeting of creditors.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Date: 8/28/2017

By: ___Heide Kurtz___
Signature of trustee

Name___Heide Kurtz, Chapter 7 Trustee___
Printed name of trustee

---

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California

*December 2014*                                                   **F 1017-2.1.MOTION.DISM.CH7.TRUSTEE**